# UNITED STATES DISTRICT COURT
# FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAMELA ROMANO, )<br>)<br>Plaintiff )<br>) **Case No.:** 2:16-cv-02714<br>v. )<br>)<br>WESTGATE RESORTS, LTD., a )<br>wholly-owned subsidiary of CENTRAL )<br>FLORIDA INVESTMENTS, INC., )<br>)<br>Defendant | |

## NOTICE OF SETTLEMENT

TO THE CLERK:

    NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within sixty (60) days.

Dated: December 18, 2017

BY: */s/ Amy L. Bennecoff Ginsburg*
Amy L. Bennecoff Ginsburg, Esquire
Kimmel & Silverman, P.C.
30 E. Butler Avenue
Ambler, PA 19002
Phone: (215) 540-8888
Facsimile: (877) 788-2864
Email: aginsburg@creditlaw.com
Attorney for the Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of December, 2017, a true and correct copy of the foregoing pleading was served via ECF to the below:

Jeffrey A. Backman Esq.
Greenspoon Marder, P.A.
200 E. Broward Blvd.
Suite 1500
Fort Lauderdale FL 33301 954-491-1120
Email: jeffrey.backman@gmlaw.com


Patrick Doran Esq.
Buchanan Ingersoll & Rooney PC
50 South 16th Street
Suite 3200
Philadelphia PA 19102
Phone:215-665-3802
Email: patrick.doran@bipc.com

| | |
|---|---|
| Dated: <u>December 18, 2017</u> | BY: <u>*/s/ Amy L. Bennecoff Ginsburg*</u><br>Amy L. Bennecoff Ginsburg, Esquire<br>Kimmel & Silverman, P.C.<br>30 E. Butler Avenue<br>Ambler, PA 19002<br>Phone: (215) 540-8888<br>Facsimile: (877) 788-2864<br>Email: aginsburg@creditlaw.com<br>Attorney for the Plaintiff |