IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| PAMELA ROMANO | CIVIL ACTION |
|---|---|
| v. | NO. 16-2714 |
| WESTGATE RESORTS, LTD. | DATE OF NOTICE: December 27, 2017 |

## ORDER

**AND NOW, TO WIT:** This 27th day of December, 2017, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel, without costs.

**KATE BARKMAN**, Clerk of Court

**BY:**  /s/ Lori K. DiSanti

Lori K. DiSanti
Deputy Clerk

O:\CIVIL 16\16-2714 ROMANO V WESTGATE RESORTS\16CV2714 41B ORDER 12272017.DOCX